UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ROME DIVISION

| | |
|---|---|
| IN RE: ZACHARY CAMERON HASTY, | { CHAPTER 13 |
| | { |
| | { |
| DEBTOR | { CASE NO. R25-41324-PWB |
| | { |
| | { JUDGE BONAPFEL |

**OBJECTION TO CONFIRMATION**

COMES NOW K. EDWARD SAFIR, CHAPTER 13 TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. Pursuant to information received from the Internal Revenue Service, 2019 tax returns have not been filed, in violation of 11 U.S.C. §§ 1308(a) and 1325(a)(9).

2. The Debtor may have transferred, sold, or converted a Kawasaki motorcycle, which is property of the bankruptcy estate, post-petition, without prior Court approval, in violation of 11 U.S.C. § 1325(a)(3) and Fed. R. Bankr. P. 6004.

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

_____/s/_____
Brandi L. Kirkland, Attorney
for Chapter 13 Trustee
GA Bar No. 423627

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com

2

R25-41324-PWB

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the Objection to Confirmation using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

LAW OFFICE OF JEFFREY B. KELLY

I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

ZACHARY CAMERON HASTY
1899 LOWER KINGS BRIDGE RD NE
DALTON, GA 30721

This 22nd day of October, 2025

_____/s/_____
Brandi L. Kirkland, Attorney
for Chapter 13 Trustee
GA Bar No. 423627


K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com