**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| ZACHARY CAMERON HASTY | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO. 25-41324-PWB |
| | ) | |
| DEBTOR | ) | JUDGE BONAPFEL |

## MOTION TO RATIFY TRANSFER

Comes now the Debtor and by and through counsel and moves this Court to approve this Motion to Ratify Transfer and shows the Court as follows:

1.

This instant case was filed on or about September 3, 2025.

2.

In October 2025 Debtor transferred a 2006 Kawasaki Motorcycle that was owned outright to a stranger. Debtor in return received 2 firearms with a fair market value of $1,500-$2,000.

4.

Debtor prays this Court approve his transfer of property retroactively.

This 3rd day of November 2025.      Respectfully Submitted,


/s/ Jeffrey B. Kelly
Attorney for Debtor
Ga bar No.: 412798
Law Office of Jeffrey B. Kelly, P.C. 107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| ZACHARY CAMERON HASTY | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO. 25-41324-PWB |
| | ) | |
| DEBTOR | ) | JUDGE BONAPFEL |

### NOTICE OF DEBTOR'S MOTION TO RATIFY TRANSFER
### DEADLINE TO OBJECT AND HEARING

**PLEASE TAKE NOTICE that, Zachary Cameron Hasty,** Debtor, has filed a Motion to Ratify Transfer on November 11, 2025. Pursuant to Fifth Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk,** Clerk U.S. Bankruptcy Court, Room 339, 600 East First St., Rome, GA 30161 and serve a copy on the movant's attorney, Jeffrey B. Kelly at 107 E 5th Ave Rome, GA 30165, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time

**A hearing on the pleading has been scheduled for December 17, 2025. The Court will hold a hearing on the Motion to Ratify Transfer at 10:00 am in Courtroom 342 at 600 East First St., Rome, GA 30161**, which **must be attended in person unless the Court orders otherwise.**

If an objection or response is timely filed and served, the hearing will proceed as scheduled**. If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing** provided that an order approving the relief is requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but not order is entered granting relief requested at least one business day prior to the scheduled hearing, the hearing will be held as scheduled.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one**.

Dated:  November 3, 2025.

/s/ Jeffrey B. Kelly
Attorney for Debtor
GA Bar No.: 412798

Law Office of Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

## CERTIFICATE OF SERVICE

I, Jeffrey B. Kelly, certify that on the 3rd day of November 2025, I electronically filed the foregoing Motion to Ratify Transfer with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filings to the parties or attorneys of record. I have also on this day caused a copy of the to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

K Edward Safir
Chapter 13 Trustee
285 Peachtree Center Ave NE STE 1600
Atlanta GA 30303
(Via automated email)

Zachary Hasty
1042 Summerour Church Rd.
Crandall, GA 30711

*All creditors on the attached matrix.*

This 3rd day of November 2025.


/s/ Jeffrey B. Kelly
Law Office of Jeffrey B. Kelly, P.C.
Attorney for Debtor
Georgia Bar No. 412798
107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127 (Phone)
(706) 413-1365 (Fax)
lawoffice@kellycanhelp.com

```
Label Matrix for local noticing          BCS Rentals, LLC                        Backyard Outfitters
113E-4                                   P.O. Box 331763                         2619 Shorter Ave
Case 25-41324-pwb                        Murfreesboro, TN 37133-1763             Rome, GA 30165-8200
Northern District of Georgia
Rome
Mon Nov  3 15:37:35 EST 2025

CASCADE CAPITAL FUNDING, LLC             Capital One Auto Finance                Capital One Auto Finance, a division of Capi
c/o Cascade Receivables Management, LLC  3905 Dallas Parkway                     AIS Portfolio Services, LLC
5341 Old Redwood Hwy Suite 210           Dallas, TX 75093-7892                   4515 N Santa Fe Ave. Dept. APS
Petaluma, CA 94954-7127                                                          Oklahoma City, OK 73118-7901


Capital One Auto Finance, a division of Capi   Capital One Bank USA NA          Credit Collection Servic
4515 N. Santa Fe Ave. Dept. APS          10700 Capital One Way                   PO Box 9134
Oklahoma City, OK 73118-7901             Glen Allen, VA 23060-9243               Needham Heights, MA 02494-9134



Credit One Bank                          Cross Country Mortgage                  (p)EQUIFAX  INC
PO Box 98872                             309 East Paces Ferry Road NE            1550 Peachtree Street NE
Las Vegas, NV 89193-8872                 Suite 400                               Atlanta, GA 30309
                                         Atlanta, GA 30305-2319



Experian                                 First Premier Bank                      Geico General Insurance Co
PO Box 9701                              3820 N Louise Ave                       5260 Western Avenue
Allen, TX 75013-9701                     Sioux Falls, SD 57107-0145              Chevy Chase, MD 20815-3799



(p)GEORGIA DEPARTMENT OF REVENUE         Zachary Cameron Hasty                   Internal Revenue Service
BANKRUPTCY                               1899 Lower Kings Bridge Rd NE           PO Box 7346
2595 CENTURY PKWY NE SUITE 339           Dalton, GA 30721-7021                   Philadelphia, PA 19101-7346
ATLANTA GA 30345-3173



Jeffrey Branan Kelly                     Mariner Finance                         Premier Bankcard, LLC
Law Office of Jeffrey B. Kelly, P.C.     8211 Town Center DR                     Jefferson Capital Systems, LLC Assignee
107 E. 5th Avenue                        Nottingham, MD 21236-5904               Po Box 7999
Rome, GA 30161-1725                                                              St. Cloud, MN 56302-7999



K. Edward Safir                          Eric Smith                              Trans Union
Standing Chapter 13 Trustee              Aldridge Pite, LLP                      PO Box 1000
Suite 1600                               3525 Piedmont Rd, N.E., Ste 700         Chester, PA 19016-1000
285 Peachtree Center Ave. NE             Atlanta, GA 30305-1608
Atlanta, GA 30303-1229


United States Attorney                   Verizon
Northern District of Georgia             by AIS InfoSource LP as agent
75 Ted Turner Drive SW, Suite 600        4515 N Santa Fe Ave
Atlanta GA 30303-3309                    Oklahoma City, OK 73118-7901
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Equifax                              Georgia Department of Revenue
PO Box 740241                        Bankruptcy Section
Atlanta, GA 30374-0241               PO Box 161108
                                     Atlanta, GA 30321-1108
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Nationstar Mortgage LLC           End of Label Matrix
                                     Mailable recipients    25
                                     Bypassed recipients     1
                                     Total                  26
```